IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | No. C 06-00330 SI |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| BRIAN DOWNING WOODSON, | |
| Defendant. | |

On January 4, 2012 defendant Woodson filed a motion seeking to extend this Court's jurisdiction, specifically Mr. Woodson's federal supervision, for five additional years.

The Court hereby ORDERS the government to file a response on or before **February 9, 2012.** Mr. Woodson's currently assigned federal probation officer shall also file a supplemental report addressing Mr. Woodson's request on or before **February 9, 2012.** Mr. Woodson may file a reply to the government and probation office's responses on or before **February 23, 2012** and the Court will take the matter under submission**.**

**IT IS SO ORDERED.**

Dated: January 11, 2012

SUSAN ILLSTON
United States District Judge